An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

IN THE SUPREME COURT OF THE STATE OF NEVADA

DAVID MARISCAL,
Appellant,
vs.
THE STATE OF NEVADA,
Respondent.

No. 64713

**FILED**

MAY 13 2014

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY _____
DEPUTY CLERK

*ORDER OF AFFIRMANCE*

This is a proper person appeal from an order denying a motion for sentence modification.[1]  Second Judicial District Court, Washoe County; Brent T. Adams, Judge.

In his motion filed on August 30, 2013, appellant claimed he has been denied timely parole consideration as contemplated by the district court when it amended the judgment of conviction in 2007 and he was not informed of aggregation of sentences for parole purposes. Appellant also sought additional credits for time served.  Appellant's claims fell outside the narrow scope of claims permissible in a motion to modify sentence. *See Edwards v. State*, 112 Nev. 704, 708, 918 P.2d 321, 324 (1996).  Therefore, without considering the merits of any of the claims

_____

[1]This appeal has been submitted for decision without oral argument, NRAP 34(f)(3), and we conclude that the record is sufficient for our review and briefing is unwarranted. *See Luckett v. Warden*, 91 Nev. 681, 682, 541 P.2d 910, 911 (1975).

14-15494

raised in the motion, we conclude that the district court did not err in denying the motion. Accordingly, we

ORDER the judgment of the district court AFFIRMED.

_____, J.
Hardesty

_____, J.
Douglas

_____, J.
Cherry

cc:    Hon. Brent T. Adams, District Judge
       David Mariscal
       Attorney General/Carson City
       Washoe County District Attorney
       Washoe District Court Clerk